IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RICHARD CONYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-046 |
| | ) | |
| WARDEN BRIAN CHAMBERS; | ) | |
| CAPTAIN SCOTTIE ROACH; | ) | |
| MRS. BRAGG, Deputy Warden; | ) | |
| POSSOR, Deputy Warden; and GEORGIA | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** from this case Defendants Chambers, Possor, and Georgia Department of Corrections, as well as Plaintiff's due process and official capacity monetary damages claims, for failure to state a claim upon which relief can be granted. The case shall proceed against Defendants Bragg and Roach as described in the Magistrate Judge's August 1, 2023 Order. (Doc. no. 11.)

SO ORDERED this 30th day of August, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE