U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

DEC 04 2024

FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RICHARD CONYERS, | ) |
| Plaintiff, | ) |
| v. | ) CV 323-046 |
| SCOTTIE ROACH and CHABARA DAVIS BRAGG, | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' motion for summary judgment, (doc. no. 24), **DIRECTS** the Clerk to **ENTER** final judgment in favor of Defendants, and **CLOSES** this civil action.

SO ORDERED this 4th day of December, 2024, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE