AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RICHARD CONYERS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 323-046

SCOTTIE ROACH and CHABARA DAVIS BRAGG,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 4, 2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion; therefore, Defendants' Motion for Summary Judgment is granted and Judgment is hereby entered in favor of Defendants. This case stands closed.

12/04/2024
Date

John E. Triplett, Clerk of Court
Clerk

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/2020